**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **TEREANNA REBOUCHE** | **PLAINTIFF** |
| **V.** | **CAUSE NUMBER: 3:26-cv-00251-JDM-RP** |
| **SINGLETON SCHREIBER, LLP** | **DEFENDANT** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the magistrate judge's Report and Recommendation. [10] The magistrate judge recommends this Court deny Plaintiff TereAnna ReBouche's motion to proceed *in forma pauperis* (IFP). Because ReBouche has not provided the required financial information, the Court adopts the Report and Recommendation and denies her IFP motion.

Simultaneously with filing her complaint, Plaintiff TereAnna ReBouche moved to proceed IFP. [2] But her financial disclosures were insufficient for the magistrate judge to determine her true financial status. So on August 31, 2026, the magistrate judge ordered ReBouche to show cause why her IFP motion should not be denied. [5] The show cause order specifically laid out the information ReBouche needed to provide to avoid IFP denial. ReBouche did not provide the requested information. Instead, ReBouche filed a Motion for Leave to File Supplemental Financial Response Under Seal. [7] That motion was denied. And the reason for denial was because "the disclosure of this type of information is routinely required of any plaintiff requesting *in forma pauperis* status." [9]

The magistrate judge gave ReBouche until September 14, 2026, to file the required financial information. The magistrate judge's order made clear that, if ReBouche failed to timely respond, her IFP motion would be denied. [9]

ReBouche did not timely file the required financial disclosures. So on September 21, 2026, the magistrate judge recommended her IFP motion be dismissed. [10] The magistrate judge's report and recommendation gave ReBouche fourteen days to object. But she did not timely file any written objection.

Based on this, the Court adopts the magistrate judge's report and recommendation in full. ReBouche's motion to proceed *in forma pauperis* is denied. The magistrate judge clearly notified ReBouche that her financial disclosures were insufficient for an IFP determination. And despite being given multiple opportunities to provide the required information, ReBouche has not done so.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation [10] is **ADOPTED in full.** The Motion to Proceed *in forma pauperis* [2] is **DENIED**.

ReBouche is directed to pay the filing fee within 30 days after the entry of this order. And ReBouche is warned that failure to comply with this order may lead to her complaint being dismissed for failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this the 6th day of October, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI